# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ROBERT STEPHEN FLEMING, | : | No. 48 MM 2019 |
| Petitioner | : | |
| v. | : | |
| DR. ROBERT J. MARSH, JR., | : | |
| Respondent | : | |
| THE COMMONWEALTH OF PENNSYLVANIA, | : | |
| Respondent | : | |
| THE CHESTER COUNTY DISTRICT ATTORNEY'S OFFICE, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of September, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.